UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-21174-cv-MARTINEZ

CARLOS SANCHEZ,

    Plaintiff,

v.

TEAM HEALTH, LLC, et al.,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice (the "Stipulation"), (ECF No. 116). Having reviewed the record and being otherwise fully advised as to the premises, it is:

ORDERED and ADJUDGED that:

1. This action is DISMISSED with prejudice. All parties shall bear their own attorney's fees and costs.

2. The Court shall retain jurisdiction only to enforce the terms of the Parties' settlement because the Parties conditioned the Stipulation upon the Court retaining jurisdiction over that matter. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278–79 (11th Cir. 2012).

3. All pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2022.

                                                    _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record